UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DON CARR, MACK CARR,
AUTUMN MILLEROV,
THOMAS JOHNSON,
TRACEY CAMELET,
and all other persons similarly situated,
known or unknown,

    Plaintiffs,

vs.

LIVINGSTON COUNTY
BOARD OF COMMISSIONERS,
AND LIVINGSTON COUNTY,

    Defendants.

Collective Action

Case No. 2:18-cv-11313
Magistrate Judge
Stephanie Dawkins Davis

| **GASIOREK, MORGAN, GRECO, McCAULEY & KOTZIAN, P.C.** | **COHL, STOKER & TOSKEY, P.C.** |
|---|---|
| David A. Kotzian (P38308) | Bonnie G. Toskey (P30601) |
| David F. Greco (P53523) | Sarah K. Osburn (P55539) |
| Angela Mannarino (P72374) | Attorneys for Defendants |
| Attorneys for Plaintiff | 601 N. Capitol Avenue |
| 30500 Northwestern Highway, Suite 425 | Lansing, MI 48933 |
| Farmington Hills, MI 48334 | (517) 372-9000/Fax: (517) 372-1026 |
| (248) 865-0001/Fax: (248) 865-0002 | btoskey@cstmlaw.com |
| dkotzian@gmgmklaw.com | sosburn@cstmlaw.com |
| dgreco@gmgmklaw.com | |
| amannarino@gmgmklaw.com | |

**SUPPLEMENTAL BRIEF IN SUPPORT OF JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

As described in the Joint Motion for Approval of Collective Action Settlement, on April 16, 2019 Plaintiffs' counsel sent the Notice of Settlement (Exhibit C to such Motion) via first class mail to all members of FLSA settlement class.  It was also sent via electronic mail (where such electronic mail address was known).   Such Notice provided that any objections to the settlement must be received no later than April 29, 2019.   Such deadline has passed, and no objections were received by Plaintiffs' counsel.  The class members were also previously informed of the details of the settlement in a communication from Plaintiff's counsel on March 25, 2019, and no objections were received.

Wherefore, the Parties respectfully renew their request that the Court enter the Order attached as Exhibit A to such Joint Motion for Approval of Collective Action Settlement.

                Respectfully submitted,

                GASIOREK, MORGAN, GRECO,
                McCAULEY & KOTZIAN P.C.

                BY:   /s/ DAVID A. KOTZIAN, (P38308)
                        /s/ DAVID F. GRECO (P53523)
                        /s/ ANGELA MANNARINO (P72374)
                        Attorneys for Plaintiff
                        30500 Northwestern Highway, Suite 425
                        Farmington Hills, MI 48334
                        (248) 865-0001
                        dkotzian@gmgmklaw.com
                        dgreco@gmgmklaw.com
                        amannarino@gmgmklaw.com

Dated: April 30, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of April, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to Bonnie G. Toskey and Sarah K. Osburn at the e-mail addresses disclosed to the ECF system.

/s/ *Brooke J. Savage*
Brooke J. Savage